**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SHALINA DANIELLE REDDING                             Chapter 13

                    Debtor           Bankruptcy No. 15-12621-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 13, 2016**            _____
                                   Eric L. Frank
                                   ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TERESA BRADY, ESQ.
210 EAST GIRARD AVE

PHILADELPHIA, PA 19125-


Debtor:
SHALINA DANIELLE REDDING

6038 SHISLER STREET

PHILADELPHIA, PA 19149