United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12621-elf
Shalina Danielle Redding                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Jul 13, 2016
                              Form ID: pdf900         Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
```
db             +Shalina Danielle Redding,    6038 Shisler Street,    Philadelphia, PA 19149-3240
13510778        Alliance One/Jefferson University Physic,    4850 E Street Road,   #300,
                 Feasterville Trevose, PA 19053-6643
13510802       ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                (address filed with court: T-Mobile,    Bankruptcy Department,    P.O. Box 37380,
                 Albuquerque, NM 87176)
13510780       +CCS Collections/Comcast Cable,    2 Wells Avenue,   Newton Center, MA 02459-3225
13510781        Central Financial Control,   PO Box 66044,    Anaheim, CA 92816-6044
13510782        Central Financial Control/St Christopher,    PO Box 66044,    Anaheim, CA 92816-6044
13510783       +Comcast,   11400 Northeast Avenue,    Philadelphia, PA 19116-3498
13510784       +Enhance Recovery/T-Mobile,    50 Grafton Avenue,   Newark, NJ 07104-4215
13510785       +Enhanced Recovery Corporation,    POB 57547,   Jacksonville, FL 32241-7547
13510786       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13510788       +Jeanes Hospital,   Attn:Cashier,    7600 Central Avenue,    Philadelphia, PA 19111-2499
13510789        Jefferson University Physicians,    Central Business Office,    P.O. Box 40089,
                 Philadelphia, PA 19106-0089
13510790       +Northland Group/Citibank/Childrens Place,    P.O. Box 390905,    Minneapolis, MN 55439-0905
13510793       +Peco Energy,   P.O. Box 13439,    Philadelphia, PA 19162-0001
13510794       +Philadelphia Gas Works,    800 Montgomery Avenue,   Philadelphia, PA 19122-2898
13510795        Philadelphia Parking Authority,    PO Box 8500-8851,   Philadelphia, PA 19178-1145
13510796       +ProCo,   P.O. Box 2462,   Aston, PA 19014-0462
13510797       +St. Christopher's Hospital for Children,    3601 'A' Street,    Philadelphia, PA 19134-1095
13510799        St. Christopher's Hospital for Children,    POB 828699,    Philadelphia, PA 19134
13510798        St. Christopher's Hospital for Children,    POB 828699,    Philadelphia, PA 19182-8699
13510801       +Syndicated Office Systems,    RE: St Christopher's Hospital,    POB 660873,
                 Dallas, TX 75266-0873
13584084       +Teresa Brady, Esquire,    210 East Girard Avenue,   Philadelphia, PA 19125-3917
13510803       +The Childrens Place/Citibank,    PO Box 6497,   Sioux Falls, SD 57117-6497
13510804        Thomas Jefferson University Hospitals,    P.O. Box 8500-3100,    Philadelphia, PA 19178-3100
13510805       +Trans2PayLLC,   4500 S. 129 E. Avenue, Suite 175-C,    Tulsa, OK 74134-5870
13535048       +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
13510806        Water Revenue Bureau,   1401 John F. Kennedy Boulevard,    Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 14 2016 02:05:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2016 02:05:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 14 2016 02:05:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13515612        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2016 02:06:26
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13550142        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 14 2016 02:06:25
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13546664       +E-mail/Text: bnc@atlasacq.com Jul 14 2016 02:04:46     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
13605815        E-mail/Text: bankruptcy@phila.gov Jul 14 2016 02:05:53     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13510787       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Jul 14 2016 02:04:45
                 Full Service Network,   600 Grant Street Fl 30,    Pittsburgh, PA 15219-2709
13510791        E-mail/Text: blegal@phfa.org Jul 14 2016 02:05:23     PA Housing Finance Agency,
                 211 North Front Street,    P.O. Box 15206,    Harrisburg, PA 17105-5206
13524710       +E-mail/Text: bankruptcygroup@peco-energy.com Jul 14 2016 02:04:52     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13639029       +E-mail/Text: blegal@phfa.org Jul 14 2016 02:05:23     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13578625       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 14 2016 02:05:27     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
13510807       +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 14 2016 02:05:21     Westlake Financial,
                 4751 Wilshire Boulevard,    Los Angeles, CA 90010-3827
                                                                                              TOTAL: 13
```

```
District/off: 0313-2         User: ChrissyW            Page 2 of 2           Date Rcvd: Jul 13, 2016
                             Form ID: pdf900           Total Noticed: 40


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13510792*        PA Housing Finance Agency,    211 North Front Street,    P.O. Box 15206,
                  Harrisburg, PA 17105-5206
13510800*        St. Christopher's Hospital for Children,    POB 828699,    Philadelphia, PA 19182-8699
13510779      ##+Capital Insurance Company,    1180 Welsch Road Suite 100,    North Wales, PA 19454-2060
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              TERESA   BRADY    on behalf of Debtor Shalina Danielle Redding bankruptcy_queen@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHALINA DANIELLE REDDING                              Chapter 13

                    Debtor          Bankruptcy No. 15-12621-ELF

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 13, 2016**        _____
                                Eric L. Frank
                                ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TERESA BRADY, ESQ.
210 EAST GIRARD AVE

PHILADELPHIA, PA 19125-


Debtor:
SHALINA DANIELLE REDDING

6038 SHISLER STREET

PHILADELPHIA, PA 19149